UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

  - v -

$75,480.00 IN UNITED STATES CURRENCY,

    Defendant-in-rem.

STATEMENT PURSUANT TO RULE G OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS

Docket No. 08 Civ. 10336

Hon. Shira A. Scheindlin (J.)

  **JERRY MOSQUEA,** hereinafter called Claimant, being duly sworn, deposes and says:

  1. I submit this Statement Pursuant to Rule G of Supplemental Rules for Certain Admiralty and Maritime Claims.

  2. Claimant has an interest in the defendant funds as owner of the property.

  3. The aforesaid property should be returned to Claimant because the property was not and is not subject to seizure or forfeiture pursuant to 18 U.S.C. 981, 18 U.S.C. 1956, 21 U.S.C. 881, or any other statute or regulation of the United States. Claimant would further show that the funds are legitimate in source and purpose. Claimant would further show that, to his knowledge, the funds are not connected to any criminal activity and that any forfeiture would be grossly disproportionate to any alleged

illicit activity under the Eighth Amendment to the Constitution. Further, the property must be returned because plaintiff failed to commence this action within the required time period. Further, the property must be returned because plaintiff failed to provide Claimant with proper notice of this forfeiture proceeding. Finally, all assets seized by the NYPD must be returned as the basis for the initial entry, search and seizure was in violation of the New York and Federal Constitutions.

4. This statement and claim is made is good faith and is not frivolous.

5. This statement and claim has been made within the time proscribed by law.

**WHEREFORE**, Claimant herein demands the immediate return of said funds and/or its release from seizure.

JERRY MOSQUEA

Sworn to before me this 11th day of February, 2009

_____
Notary Public

LAVADA BECOATE
Commissioner of Deeds
City of New York No. 1-6482
Commission Expires 5-7-09

## VERIFICATION

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

I, **JERRY MOSQUEA,** declare under penalty of perjury that the statements set forth in the attached Statement are true and correct to the best of my knowledge, information and belief.

*JERRY MOSQUEA*

Sworn to before me this 11th
   day of February, 2009

Notary Public

LAVADA BECOATE
Commissioner of Deeds
City of New York No. 1-6482
Commission Expires 3-1-09